granted, costs to abide event. Opinion by Learned, P. J

Helen A. Weaver, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.

Lorenzo J. Van Alstine, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J.

Augusta A. Knight, Respondent, v. The President and Trustees of the Village of Bath-on-the-Hudson, Appellants.—Judgment and order affirmed, with costs. Mem. by Learned, P. J.

Mary McCall, as Administratrix, etc., of James McCall. Deceased, Respondent, v. Silas H. Witherbee and others, Appellants.—Judgment affirmed, with costs. Opinion by Landon, J.

Isabella C. Hoag, as Administratrix, etc., of Rebecca M. C. Herrick, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J., and by Learned, P. J., dissenting.

Jared Webster, Respondent, v. Seth W. Nichols, as Executor, etc, of Eva H. Nichols, Deceased, Appellant. — Judgment modified by striking out costs, and as modified affirmed, without costs. Opinion by Landon, J., and by Learned, P. J., dissenting

Mary Jane Peck, as Executrix and Devisee under the Will of Jesse Peck, Deceased, Appellant, v. David Cady Smith, as Executor, etc., of Eliza Peck, Deceased, Respondent.—Judgment affirmed, with costs. Mem. by Bockes, J.; Landon, J., not acting.

The People of the State of New York, Respondent, v. Joseph C. Barnes, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Order for extra allowance affirmed, with ten dollars costs and printing disbursements. Opinion by Bockes, J.

Peter Callanan, Respondent, v. John Morrell and Edward D. Terbell, Appellants. — Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by Landon, J.

Amasa R. Moore, Appellant, v. The Manufacturers' National Bank of Troy and another, Respondents.— Judgment affirmed on opinion of court below, with costs.

Daniel Whipple, Respondent, v. William F. Smith, Appellant.— Judgment affirmed, with costs Opinion by Bockes, J.

First National Bank of Whitehall, N. Y., Respondent, v. William A. Griswold and others, Appellants. — Judgment affirmed, with costs. Opinion by Landon, J.

Orange R. Young, Appellant, v. Charlton H. Davis, Respondent. — Judgment of County Court reversed and that of justice affirmed, with costs. Mem. by Learned, P. J.

Sarah E. Baucus, Appellant, v. James Barr, Alfred Worth and Robert Blair, Respondents, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Bockes, J.

John J. Serviss, Respondent, v. Lucy McDonnell and others, Appellants.—Judgment modified by reducing to one-third of principal and interest, with costs of circuit; extra allowance to be computed on reduced amount, as modified. Judgment affirmed, without costs of appeal. Opinion by Peckham, J.

Joseph H. Griswold, Respondent, v Minerva L. Davey and others, Appellants. — Judgment affirmed, with costs. Opinion by Landon, J.

Lovina Somers, as Administratrix of Percival L. Somers, Deceased, Appellant, v. The Cedar Point Iron Company, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Henry T. Trevett and others, Respondents, v. Wesley Barnes and Edward Butler, Jr., Appellants. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Edward Blanchard, Appellant, v. The Chateaugay Ore and Iron Company, Respondent. — Judgment and order affirmed, with costs Opinion by Learned, P. J.; Landon, J., not acting.

Teunis W. Van Denburgh and another, Respondents, v. The Boston and Albany Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.; Learned, P. J., not acting.

Edwin Groat, Appellant, v. Henry Deal and Mary C. Green, Respondents. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Mary E. Plass, Appellant, v. George Brusie, Respondent, Impleaded, etc. — Judgment affirmed, with costs Opinion by Landon, J.

Earl H. May, Respondent. v. The City of Troy, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J.

Alma H. Banker, Respondent, v. Irving Snell and Thomas Scott, Appellants. — Judgment affirmed, with costs. Opinion by Landon, J.

Emory A. Chase and others, Executors, Respondents. v. William Belden, Appellant. — Order modified as per opinion. Mem by Landon, J.

Randall v. Randall. — Motion to go to Court of Appeals denied. Landon, J., not acting.

Silas Call, Respondent, v. George W. Slack, Appellant. — Order affirmed, with ten dollars costs and printing disbursements.

Matthew Hale and another, Respondents. v. John Swinburne, Appellant. — Order affirmed, with ten dollars costs and printing disbursements.

Lewis Brownell and others, Respondents. v. The National Bank of Gloversville and others, Appellants. — Order affirmed, with ten dollars costs and printing disbursements. Landon, J., not acting.

Mary J. Adsit, Plaintiff, v. Thomas W. Hull and another, defendants. — Order affirmed, with ten dollars costs and printing disbursements.

James A. Butterfield, Appellant. v. James Duffy, Respondent. — Order affirmed, with ten dollars costs and printing disbursements.

Water Commissioners of Amsterdam v. John C. Chalmers.—Order affirmed, with ten dollars costs and printing disbursements. Opinion by Bockes, J.

Martha C. Durfee and another, Appellants, v. Daniel McCall, Trustee, etc., Respondent. — Order reversed, with ten dollars costs and printing disbursements, and motion granted. Opinion by Learned, P. J., and by Bockes, J., dissenting.

Sarah H. Humphrey, Respondent, v. The City of Albany, Appellant. — Order modified as directed in opinion, costs to abide final event. Opinion by Bockes, J. Order to be settled by Bockes, J.

The Metropolitan Life Insurance Company Appellant, v. S. B. McCoy, Respondent, Impleaded, etc. — Order reversed, with ten dollars costs and printing disbursements, and motion denied. Mem. by Landon, J.

William S. Douglas Appellant, v. James A. Stockwell. Respondent. — The appeal from the part of the order refusing judgment on answer dismissed, with ten dollars costs. The rest of the order affirmed, with ten dollars costs and printing disbursements. Mem. by Learned, P. J.

William H. Webster and others, Respondents, v. Michael T. Scanlon, Appellant. — Judgment affirmed, with costs. Mem. by Learned, P. J.

Visscher v. Andrews. — Motion to correct order denied.

Alonzo Greene, Respondent, v. P. W. Hallenbeck and another, Appellants. — Motion for leave, etc., denied.